IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                          Case No. 3:08cr79/MCR

DOVER EUGENE PERRY,
     Defendant.
_____

## REPORT AND RECOMMENDATION

A <u>Faretta</u> hearing was held on March 1, 2010 before the undersigned. Defendant, Dover Eugene Perry, was present with counsel. Counsel for the government was also present. Based on the discussion on the record, I find that defendant has knowingly and voluntarily waived his right to counsel and will represent himself. I therefore respectfully recommend that defendant's oral Motion for Self-Representation be granted and that Stephen Sutherland, Esq. remain as standby counsel.

At Pensacola, Florida, this 1st day of March, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

**Any objections to these proposed findings and recommendations must be made by the commencement of jury selection. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**