# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 3:08cr79/MCR

DOVER EUGENE PERRY

_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 1, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, as well as the realtime transcript of the March 1, 2010, hearing on defendant's oral Motion for Self-Representation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant Dover Eugene Perry's oral Motion for Self-Representation is GRANTED and Stephen Sutherland, Esquire, shall remain as stand-by counsel.

**DONE AND ORDERED** this 1st day of March, 2010.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**