IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: 3:08cr79/MCR
 3:12cv71/MCR/EMT

DOVER EUGENE PERRY
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 14, 2012. (Doc. 1689). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Government's Motion to Dismiss (doc. 1685) is **GRANTED**, and Defendant's amended motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 1682), is **DENIED and DISMISSED**.

3. No certificate of appealability shall issue.

**DONE AND ORDERED** this 10th day of August, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**